UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAID ZAIN YSAGUIRRE,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-00948-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION AND DIRECTING HIM TO SUBMIT A COMPLETE APPLICATION WITHIN THIRTY DAYS<br><br>ECF No. 2 |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff is provided the opportunity to submit a completed *in forma pauperis* application and a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis*, ECF No. 2, is denied;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed *in forma pauperis* on the form provided by the Clerk

1

of Court, and a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint;

3. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

IT IS SO ORDERED.


Dated:   April 16, 2024                         _____
                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE